IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PERCY FAVORS, :
    Petitioner :
:
vs. : CIVIL NO. 1:CV-10-2123
:
    (Judge Caldwell)
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, et al.,     (Magistrate Judge Carlson)
    Respondents :

*O R D E R*

AND NOW, this 20th day of January, 2011, upon consideration of the thorough and scholarly Report and Recommendation (doc. 18) filed in this cae by Magistrate Judge Carlson on November 4, 2010; and upon consideration of the "Response," or objections, filed by petitioner on December 21, 2010, and the respondents' brief opposing said response, filed December 28, 2010, it is Ordered that the Report is approved. The Report anticipated and addressed the arguments raised in petitioner's response, and further consideration or discussion of these matters would be repetitive and is deemed unnecessary.

Pursuant to the recommendation of Judge Carlson, it is also Ordered that the petition for a writ of habeas filed by Percy Flavors is denied.

The Clerk of Court shall close this file.

    /s/William W. Caldwell
    William W. Caldwell
    United States District Judge